Richard Vilkin, Esq.
Nevada Bar No. 8301
Law Offices of Richard Vilkin, P.C.
1286 Crimson Sage Ave.
Henderson, NV 89012
Phone: (702) 476-3211
Fax: (702) 476-3212
Email: Richard@vilkinlaw.com
*Attorneys for plaintiff Nevada Association Services, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>RODNEY J. YANKE, an individual; CITY OF LAS VEGAS, a public entity in the State of Nevada; WASHINGTON MUTUAL BANK, FA, a business entity form and state of registration unknown, CALIFORNIA RECONVEYANCE COMPANY, a foreign corporation doing business in Nevada; REPUBLIC SERVICES, INC., a foreign corporation doing business in Nevada; KATHY CLAY YANKE, an individual; REAL EQUITY PURSUIT, LLC, a limited liability company whose state of registration is unknown but doing business in Nevada; THE ESTATES AT SEVEN HILLS OWNERS ASSOCIATION, a Nevada non-profit corporation; UNITED STATES OF AMERICA (INTERNAL REVENUE SERVICE), a public entity; and DOES 1-25, inclusive,<br><br>Defendants. | Case No.: 2:13-cv-01386-RCJ-CWH<br><br>MOTION BY PLAINTIFF NEVADA ASSOCIATION SERVICES, INC. FOR ORDER TO TRANSFER INTERPLED FUNDS FROM CLERK OF EIGHTH JUDICIAL DISTRICT TO CLERK OF THIS COURT |

MOTION

Plaintiff Nevada Association Services, Inc. ("NAS") hereby moves this court for an order directed to the Clerk of the Eighth Judicial District Court for the State of Nevada in Las Vegas to transfer to the Clerk of this federal district court the funds interpled in the state court for this case before this case was removed to this court. The amount of funds deposited by plaintiff with the Clerk for the Eighth Judicial District Court for this case is $40,942.85. Attached as Exhibit A to this motion is the Notice of Deposit filed by plaintiff with the Eighth Judicial District Court regarding said amount with the receipt for said deposit attached.

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR COURT ORDER TO TRANSFER INTERPLED FUNDS TO THIS COURT

This is an interpleader case brought by plaintiff Nevada Association Services, Inc. ("NAS"). NAS served as the foreclosure agent for a homeowners association (Shenandoah Heights Homeowners Association) in a non-judicial foreclosure on the property of defendant Rodney J. Yanke on March 1, 2013. Complaint, paras. 13 and 14. The reason for the foreclosure was to collect on an HOA lien on the property as the result of a debt owed by defendant Yanke to the HOA. Complaint, paras. 13 and 14.

As a result of the foreclosure sale, and after paying the HOA and NAS amounts due to them, NAS was left with excess proceeds of $40,942.85. Because of various liens and claims recorded against the property that exceeded the amount of excess proceeds, NAS filed the instant interpleader action to determine who is entitled to such funds. Complaint, paras. 15 and 16.

NAS filed this case in the district court for the State of Nevada, Eighth Judicial District Court in Las Vegas. NAS then deposited said excess proceeds with the Clerk of the Eighth Judicial District Court. Exhibit A. This case was then removed to this court. NAS informed this court of the status of said funds in the Joint Status Report filed as Document 25 on September 9, 2013. The parties to the Joint Status Report requested that the court order that said funds be transferred to the Clerk of this court or otherwise inform the parties as to how to effectuate the transfer. Having heard nothing, plaintiff NAS now moves for a court order directed to the Clerk for the Eighth Judicial District Court of the State of Nevada in Las Vegas that it transfer to the Clerk of this court the funds deposited with it for this case while it was pending before the state court and as reflected in the receipt attached to Exhibit A to this motion.

Dated: December 9, 2013

LAW OFFICES OF RICHARD VILKIN, P.C.

By: _____
Richard Vilkin, Esq.
Nevada Bar No. 8301
1286 Crimson Sage Ave.
Henderson, NV 89012
Phone: (702) 476-3211
*Attorneys for plaintiff Nevada Association Services, Inc.*

# EXHIBIT A

Electronically Filed
03/18/2013 12:06:42 PM

CLERK OF THE COURT

1  Richard Vilkin, Esq.
   Nevada Bar No. 8301
2  Law Offices of Richard Vilkin, P.C.
   1286 Crimson Sage Ave.
3  Henderson, NV 89012
   Phone: (702) 476-3211
4  Fax: (702) 476-3212
   Email: Richard@vilkinlaw.com
5  *Attorneys for plaintiff Nevada Association Services, Inc.*

DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation, <br><br> Plaintiff, <br><br> v. <br><br> RODNEY J. YANKE, an individual; CITY OF LAS VEGAS, a public entity in the State of Nevada; WASHINGTON MUTUAL BANK, FA, a business entity form and state of registration unknown, CALIFORNIA RECONVEYANCE COMPANY, a foreign corporation doing business in Nevada; REPUBLIC SERVICES, INC., a foreign corporation doing business in Nevada; KATHY CLAY YANKE, an individual; REAL EQUITY PURSUIT, LLC, a limited liability company whose state of registration is unknown but doing business in Nevada; THE ESTATES AT SEVEN HILLS OWNERS ASSOCIATION, a Nevada non-profit corporation; UNITED STATES OF AMERICA (INTERNAL REVENUE SERVICE), a public entity; and DOES 1-25, inclusive, <br><br> Defendants. | Case No.: A-13-678404-C <br><br> Dept.: XXI (21) <br><br> NOTICE BY PLAINTIFF OF DEPOSIT OF INTERPLED FUNDS WITH THE COURT |

- 1 -

PLEASE TAKE NOTICE that plaintiff herein, Nevada Association Services, Inc., has deposited with this court, to be credited to this case, the sum of $40,942.85. A copy of the "Official Receipt" from the court is attached.

Date: March 18, 2013

LAW OFFICES OF RICHARD VILKIN, P.C.

By: _____
Richard Vilkin, Esq.
Nevada Bar No. 8301
1286 Crimson Sage Ave.
Henderson, NV 89012
Phone: (702) 476-3211
Fax: (702) 476-3212
*Attorneys for plaintiff Nevada Association Services, Inc.*

# OFFICIAL RECEIPT
## District Court Clerk of the Court 200 Lewis Ave, 3rd Floor Las Vegas, NV 89101

Payor
Nevada Association Services, Inc.

Receipt No.
**2013-32502-CCCLK**

Transaction Date
03/18/2013

| Description | Amount Paid |
|---|---|
| On Behalf Of Nevada Association Services, Inc.<br>A-13-678404-C<br>Nevada Association Services, Inc., Plaintiff(s) vs. Rodney Yanke; Las Vegas City Of; Washington Mutual Bank FA; California Reconveyance Company; Republic Services Inc; Kathy Yanke; Real Equity Pursuit LLC; Estate of Seven Hills Owners Association; United States of America Internal Revenue Service, Defendant(s)<br>INTERPLEAD FUNDS | |
| INTERPLEAD FUNDS | 40,942.85 |
| **SUBTOTAL** | **40,942.85** |
| **PAYMENT TOTAL** | **40,942.85** |
| Check (Ref #266599) Tendered | 40,942.85 |
| Total Tendered | 40,942.85 |
| Change | 0.00 |

03/18/2013        Cashier:              Audit
10:46 AM          Station AIKO          31109813

## OFFICIAL RECEIPT