**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

NEVADA ASSOCIATION SERVICES, INC., )
)
    Plaintiff, )
)
    v. )    Case No.: 2:13-CV-01386-RCJ-CWH
)
RODNEY J. YANKE, *et al.*, )    **ORDER**
)
    Defendants. )
_____ )

Currently before the Court is a Motion and Special Show Cause to Permit Appearance of Government Counsel *Pro Hac Vice* (#4).

**DISCUSSION**

The U.S. Attorney for the District of Nevada requests that this Court permit Lindsay L. Clayton to practice before this Court in all matters on behalf of the federal defendant in this case. Ms. Clayton is a trial attorney with the U.S. Department of Justice, Tax Division with her office located in Washington, D.C. Ms. Clayton is an active member in good standing of the California and District of Columbia Bars.

Nevada Local Rule IA 10-3 provides that: "*Unless otherwise ordered by the Court*, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory or the District of Columbia, who is employed by the United States as an attorney and, while being so employed, has occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this District or one of the assistants, be permitted to practice before this Court during the period of such employment." Nev. Loc. R. IA 10-3 (emphasis added).

The Court denies the motion to permit appearance at this time. Before the Court will permit Ms. Clayton to practice before this Court, the Court requires a showing that the Nevada admitted Assistant United States Attorneys in our judicial district are incapable of handling this matter.

**CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the Motion to Permit Appearance of Government Attorneys (#4) is DENIED.

DATED: This 10th day of January, 2014.

_____
United States District Judge