1  **MOTN**
DONALD H. WILLIAMS, ESQ.
2  Nevada Bar No. 5548
WILLIAMS & ASSOCIATES
3  612 South Tenth Street
4  Las Vegas, Nevada 89101
*Attorney for Republic Services, Inc.*
5

6            IN THE UNITED STATES DISTRICT COURT FOR THE

7                            DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA ASSOCIATION SERVICES, Inc., a Nevada corporation, | CASE NO. 2:13-cv-01386-RCJ-CWH |
| Plaintiff, | |
| vs. | |
| RODNEY J. YANKE, an individual; CITY OF LAS VEGAS, a public entity in the State of Nevada; WASHINGTON MUTUAL BANK, FA, a business entity form and state of registration unknown; CALIFORNIA RECONVEYANCE COMPANY, a foreign corporation doing business in Nevada; REPUBLIC SERVICES, INC., a foreign corporation doing business in Nevada; KATHY CLAY YANKE, an individual; REAL EQUITY PURSUIT, LLC, a limited liability company whose state of registration is unknown but doing business in Nevada; THE ESTATES AT SEVEN HILLS OWNERS ASSOCIATION, a Nevada non-profit corporation; UNITED STATES OF AMEIRCA (INTERNAL REVENUE SERVICE, a public entity; and DOES 1-25, inclusive, | |
| Defendants. | |

**REPUBLIC SERVICES, INC.'S SECOND MOTION TO DISTRIBUTE PROCEEDS**

    COMES NOW, Defendant, REPUBLIC SERVICES, INC. ("Republic"), by and through its attorney of record, WILLIAMS & ASSOCIATES, Donald H. Williams, Esq., and hereby moves the Court again for a distribution of the proceeds posted by Plaintiff on or

1

about May 28, 2014. This Motion is based on the following Points and Authorities, the exhibits contained herein, all papers and pleadings on file with the court and any argument presented by counsel at the time of hearing on this matter.

DATED this ___ day of June, 2014.

WILLIAMS & ASSOCIATES

_____
DONALD H. WILLIAMS, ESQ.
State Bar No. 5548
612 South Tenth Street
Las Vegas, Nevada 89101
*Attorney for Republic Services, Inc.*

## POINTS AND AUTHORITIES

On or about May 28, 2014, a certificate of cash deposit was filed with this court depositing $40,942.85. It is Republic's information and belief that the United States is claiming $22,215.67, plus interest from August 2013 to the present. Republic is claiming $4,796.46 as of the filing of its Motion. The City of Las Vegas filed a Motion and received $361.75. That leaves over $13,000.00 in unclaimed funds, which can be used to satisfy additional interest claimed by United States.

Republic properly recorded its lien. Pursuant to NRS 444.523(3) Republic's liens are superior to all other liens and are not extinguished by foreclosure:

> "Until paid, any fee or charge levied pursuant to subsection 1 constitutes a perpetual lien against the property served, superior to all liens, claims and titles other than liens for general taxes and special assessments. The lien is not extinguished by the sale of any property on account of nonpayment of any other lien, claim or title, except liens for general taxes and special assessments."

Wherefore, Republic respectfully requests that the Court distribute the proceeds of the posted funds with Republic receiving its total amount due $4,796.46. Further, Republic

…

…

1  requests upon Order from this court that subsequent to receiving it's money Republic be
2  dismissed from the instant lawsuit.
3        Respectfully submitted this ___ day of June, 2014.
4                                            WILLIAMS & ASSOCIATES

                                        DONALD H. WILLIAMS, ESQ.
                                        State Bar No. 5548
                                        612 South Tenth Street
                                        Las Vegas, Nevada 89101
                                        *Attorney for Republic Services, Inc.*

### CERTIFICATE OF MAILING

      Pursuant to NRCP 5 (b), I certify that I am an employee of Williams & Associates, and that on the ____ day of January, 2014, I deposited for mailing at Las Vegas, Nevada a true copy of the foregoing **REPUBLIC SERVICES, INC.'S SECOND MOTION TO DISTRIBUTE PROCEEDS** in the above matter, as addressed as follows:

Richard Vilkin, Esq.
LAW OFFICES OF RICHARD VILKIN, PC
1286 Crimson Sage Ave.
Henderson, Nevada 89012
*Attorney for Plaintiff*

Lindsey L. Clayton, Esq.
U.S. DEPARTMENT OF JUSTICE
P.O. Box 683
Ben Franklin Station
Washington, DC 20044
*Attorney for the United States*

Jack O. Eslinger, Deputy
CITY ATTORNEY
495 South Main Street, 6th Floor
Las Vegas, Nevada 89101
*Attorney for City of Las Vegas*

Rodney Yanke
2570 South Sycamore Circle
Washington, UT 84780
*Pro Se*

_____
Employee of WILLIAMS & ASSOCIATES