**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NEVADA ASSOCIATION SERVICES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RODNEY J. YANKE et al., ) <br> ) <br> Defendants. ) <br> ) | 2:13-cv-01386-RCJ-CWH <br><br> **ORDER** |

This interpleader action arises out of the foreclosure sale of real estate yielding excess funds.  Pending before the Court are a Motion for Default Judgment (ECF No. 66) and a Motion for Disbursement of Funds (ECF No. 83).  Neither motion has been timely opposed.

///

///

///

///

///

///

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion for Disbursement of Funds (ECF No. 83) is GRANTED, and the Clerk shall DISBURSE $22,897.45 from the Funds to the United States. The Court will not grant additional interest at this time, because the United States has suggested no method of calculation.

IT IS FURTHER ORDERED that the Clerk shall GRANT the Motion for Default Judgment (ECF No. 66) and enter judgment in accordance therewith. *See* Fed. R. Civ. P. 55(b)(1); Local R. 77-1(b)(3).

IT IS SO ORDERED.

Dated: This 16th day of September, 2014.

_____
ROBERT C. JONES
United States District Judge