AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Nevada Association Services, Inc.

Plaintiff,

V.

Rodney J. Yanke, et al

Defendants.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:13-cv-01386-RCJ-CWH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that default judgment is hereby entered against defendants The Estates at Seven Hills Owners Association, Real Equity Pursuit, LLC, and Kathy Clay Yanke, pursuant to Order #85 entered September 17, 2014.

September 17, 2014

Date

/s/ Lance S. Wilson

Clerk

/s/ Molly Morrison

(By) Deputy Clerk