UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA ASSOCIATION SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> RODNEY J. YANKE, CITY OF LAS VEGAS, WASHINGTON MUTUAL BANK, FA, CALIFORNIA RECONVEYANCE COMPANY, REPUBLIC SERVICES, INC., KATHY CLAY YANKE, REAL EQUITY PURSUIT, LLC, THE ESTATES AT SEVEN HILLS OWNERS ASSOCIATION, and UNITED STATES OF AMERICA (INTERNAL REVENUE SERVICE), and DOES 1-25, <br><br> Defendants. | Case No. 2:13-cv-01386-RCJ-CWH |

### JUDGMENT IN FAVOR OF THE UNITED STATES OF AMERICA (INTERNAL REVENUE SERVICE)

The Court, having granted Federal Defendant United States of America's (Internal Revenue Service) ("IRS") Motion for Disbursement of Funds, ECF #85, and disbursement having been made by the Clerk, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED**:

1. Final Judgment is hereby entered, pursuant to Fed. R. Civ. P. 54(b), in favor of the IRS in the amount of $22,897.45, as set forth in the Court's September 16, 2014 Order, ECF #85, and

2. The United States is **DISMISSED** from this action.

_____
UNITED STATES DISTRICT JUDGE

DATED: December 23, 2014