Richard Vilkin, Esq.
Nevada Bar No. 8301
Law Offices of Richard Vilkin, P.C.
1286 Crimson Sage Ave.
Henderson, NV 89012
Phone: (702) 476-3211
Fax: (702) 476-3212
Email: Richard@vilkinlaw.com
*Attorneys for plaintiff Nevada Association Services, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>RODNEY J. YANKE, an individual; CITY OF LAS VEGAS, a public entity in the State of Nevada; WASHINGTON MUTUAL BANK, FA, a business entity form and state of registration unknown, CALIFORNIA RECONVEYANCE COMPANY, a foreign corporation doing business in Nevada; REPUBLIC SERVICES, INC., a foreign corporation doing business in Nevada; KATHY CLAY YANKE, an individual; REAL EQUITY PURSUIT, LLC, a limited liability company whose state of registration is unknown but doing business in Nevada; THE ESTATES AT SEVEN HILLS OWNERS ASSOCIATION, a Nevada non-profit corporation; UNITED STATES OF AMERICA (INTERNAL REVENUE SERVICE), a public entity; and DOES 1-25, inclusive,<br><br>Defendants. | Case No.: 2:13-cv-01386-RCJ-CWH<br><br>ORDER ON MOTION FOR RECONSIDERATION OF COURT'S DECISION REGARDING PLAINTIFF'S MOTION FOR FEES AND COSTS (DKT. 84); FINAL JUDGMENT |

ORDER

On June 11, 2015, a hearing was held before the Honorable United States District Court Judge Robert C. Jones for a status conference on this case and re the Motion for Reconsideration (Dkt. 99) filed by plaintiff Nevada Association Services, Inc. ("NAS") as to its previously denied Motion for Attorneys Fees and Costs. Dkts. 76 and 84. Appearing were Richard Vilkin for plaintiff NAS, Donald H. Williams for defendant Republic Services, Inc., and Jack O. Eslinger for the City of Las Vegas. There were no other appearances.

The court amended its decision on NAS' Motion for Attorneys Fees and Costs to allow NAS recovery of $3,100 in attorneys fees and costs in the amount of $1,736.50, for a total of $4,836.50.

The court denied an oral Motion by Republic Services, Inc. to amend the court's prior order on Republic's Motion to be paid its lien and attorneys fees. Dkt. 84.

After reviewing the status of the case and noting that all parties have appeared or been defaulted, the court ordered that all monies from the interpled funds not already ordered distributed or which have been ordered herein to NAS ($4,836.50) be distributed to defendant Rodney J. Yanke, the former owner of the property.

It is so Ordered.

The court ordered further that final Judgment as to the entire case be entered.

Date: June 16, 2015

_____
District Court Judge

FINAL JUDGMENT

This interpleader action having been fully litigated and all potential claims considered and resolved, IT IS ORDERED AND ADJUDGED THAT plaintiff Nevada Association

Services, Inc. be paid by the Clerk of Court from the funds interpled with this court in Dkt. 73 (in the total amount of $40,942.85) the amount of $4,836.50, that defendant City of Las Vegas be paid from the interpled funds the total sum of $302.60 as previously directed in Dkt. 70, and that defendant Republic Services, Inc. be paid from the interpled funds (if not already paid) the total sum of $1,170.17 as previously ordered in Dkt. 84.

The court previously entered partial Judgment in favor of the United States and directed that the IRS be paid from the interpled funds the total amount of $22,897.45. Dkt.

Thus, the total funds that have been ordered to be paid or ordered to be paid herein (other than to defendant Yanke) totals $29,206.72 ($22,897.45, $4,836.50, $302.60 + $1,170.17 = $29,206.72). Therefore, the remainder of the interpled funds in the amount of $11,736.13 ($40,942.85 - $29,206.72 = $11,736.13) be paid by the Clerk of Court to defendant Rodney J. Yanke.

Except as ordered herein or as previously ordered, all parties shall bear their own attorneys fees and costs. IT IS SO ORDERED AND ADJUDGED.

Date: June 16, 2015

_____
United States District Judge